UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HARRIELL,<br><br>                    Plaintiff(s),<br><br>           v.<br><br>OS RESTAURANT SERVICES, LLC,<br><br>                    Defendant(s). | 23-CV-8838 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 8, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan and scheduling order by November 22, 2023.  ECF No. 5.  Plaintiff instead submitted a status update on service efforts, *see* ECF No. 6, and Defendants have yet to appear.  Accordingly, it is hereby ORDERED that Plaintiff submit a letter by **December 1, 2023**, updating the Court on the status of this case.  The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendants, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

The initial pretrial conference currently scheduled for November 30, 2023, at 2:30 p.m. is hereby ADJOURNED pending appearance by Defendants.

SO ORDERED.

Dated: November 21, 2023
       New York, New York

_____
DALE E. HO
United States District Judge