UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HARRIELL,<br><br>                    Plaintiff(s),<br><br>v.<br><br>OS RESTAURANT SERVICES,<br><br>                    Defendant(s). | 23-CV-8838 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On December 7, 2023, Defendant filed a motion to transfer venue to the Western District of New York.  ECF No. 17.  Under Local Rule 6.1(b), the Plaintiff had fourteen days from that date (i.e., December 21, 2023) to file an opposition.  Plaintiff's deadline to file an opposition has now passed.

Accordingly, it is hereby ORDERED that Plaintiff shall file an opposition, if any, by **January 9, 2024**.  If no opposition is filed by that date, the Court will consider the motion to transfer venue fully briefed.

SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                                              _____
                                                                       DALE E. HO
                                                              United States District Judge