UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA HARRIELL,<br><br>                    Plaintiff(s),<br><br>v.<br><br>OS RESTAURANT SERVICES, LLC,<br><br>                    Defendant(s). | 23-CV-8838 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

WHEREAS Defendant filed a Motion to Transfer Venue to the United States District Court for the Western District of New York ("Motion"), ECF No. 17;

WHEREAS Plaintiff does not oppose Defendant's Motion, *see* ECF No. 19;

WHEREAS the Court credits Defendant's arguments that a transfer to the United States District Court for the Western District of New York would be in the interests of justice, *see generally* ECF No. 17-1;

IT IS HEREBY ORDERED that this action is transferred to the Western District of New York, pursuant to 28 U.S.C. § 1404(a).

The Clerk of Court is respectfully requested to transfer this action to the Western District of New York and to close the action on the docket of this Court.

SO ORDERED.

Dated: January 17, 2024
       New York, New York

_____
DALE E. HO
United States District Judge